UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELLE MAURICE JACKSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>AUTOZONERS, LLC,<br><br>　　　Defendant. | Case No. 5:25-cv-00524-SB-SSC<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order granting summary judgment entered this date, it is ordered that Plaintiff Lavelle Maurice Jackson's claims against Defendant Autozoners, LLC, are dismissed on the merits with prejudice.

　　This is a final judgment.

Date: October 17, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge